IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD CLIFFORD SALMELA,** : | |
|    *Plaintiff*, : | |
|       v. : | CIVIL ACTION |
| : | |
| **CAROLYN COLVIN,** : | NO. 13-5369 |
|    **Acting Commissioner of Social Security,** : | |
|    *Defendant*. : | |

# O R D E R

**AND NOW**, this 30th day of April, 2015, upon consideration of Mr. Salmela's Request for Review (Doc. No. 11), Defendant's Response (Doc. No. 13), Mr. Salmela's Reply (Doc. No. 16); and after review of the Report and Recommendation of U.S. Chief Magistrate Judge Henry S. Perkin (Doc. No. 17), Mr. Salmela's Objections thereto (Doc. No. 18), and Defendant's Response (Doc. No. 19), it is hereby **ORDERED** that:

1. The Report & Recommendation (Doc. No. 17) is **APPROVED AND ADOPTED in part** and **DENIED in part**;

2. Plaintiff's Request for Review (Doc. No. 11) is **GRANTED in part and DENIED in part**;

3. The matter is **REMANDED** to the Commissioner for further review, as outlined in the Memorandum accompanying this Order; and

4. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE